**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE | : | CASE NO.: 2:20-cv-00459 |
| Plaintiff, | : | JUDGE GRAHAM |
| vs. | : | |
| ANDREW K. MITCHELL, *et al.* | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Now comes Sara M. Valentine, of David A. Goldstein Co., L.P.A., who hereby enters her appearance as co-counsel with David A. Goldstein as official attorney of record for Plaintiff Jane Doe in the above-captioned action.

It is respectfully requested that the Court and all counsel of record hereby serve any further pleadings, notices, correspondence, etc., for Plaintiff Jane Doe to the undersigned at the address listed below.

Respectfully submitted,

/s/ *Sara M. Valentine*
**SARA M. VALENTINE (0098685)**
DAVID A. GOLDSTEIN CO., LPA
511 South High Street, Suite 200
Columbus, Ohio 43215
(614) 222-1889; (614) 222-1899 (Fax)
svalentine@dgoldsteinlaw.com
*Attorney for Plaintiff*
*Jane Doe*