# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JANE DOE,** | **:** | |
| **Plaintiffs,** | **:** | Case No.  2:20-cv-459 |
| | | Judge James L. Graham |
| v. | **:** | Chief Magistrate Judge Elizabeth P. Deavers |
| **ANDREW K. MITCHELL,** *et al.*, | | |
| | **:** | |
| **Defendants.** | | |
| | **:** | |

## ORDER

The undersigned hereby recuses herself from the above-styled case.  The Clerk is **DIRECTED** to redraw the case for random reassignment to another United States Magistrate Judge.

**IT IS SO ORDERED.**

Date: March 31, 2020          /s/ *Elizabeth A. Preston Deavers*
                              **ELIZABETH A. PRESTON DEAVERS**
                              **UNITED STATES MAGISTRATE JUDGE**