UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JANE DOE,  
    Plaintiff,

v.

ANDREW K. MITCHELL, et al.,  
    Defendants.

Case No. 2:20-cv-459  
Graham, J.  
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference on September 8, 2020. As discussed at the conference, the following dates shall govern the briefing of the motions for judgment on the pleadings:

1. Deadline for defendant Mitchell's motion for judgment on the pleadings: September 9, 2020.

2. Deadline for plaintiff's response to the motions for judgment on the pleadings: September 30, 2020.

3. Deadline for reply memoranda in support of the motions for judgment on the pleadings: October 14, 2020.

**IT IS SO ORDERED.**

Date: 9/8/2020

Karen L. Litkovitz  
United States Magistrate Judge