# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JANE DOE,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-cv-00459 |
| | : | |
| v. | : | Judge James L. Graham |
| | : | |
| **ANDREW K. MITCHELL, et al.,** | : | Magistrate Judge Litkovitz |
| | : | |
| Defendants. | : | |

## DEFENDANT ANDREW K. MITCHELL'S MOTION
## FOR JUDGMENT ON THE PLEADINGS

NOW COMES THE DEFENDANT, Andrew K. Mitchell ("Defendant" or "Mitchell"), by and through undersigned counsel, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, hereby joins the Motion of Defendant City of Columbus for Judgment on the Pleadings, filed September 8, 2020 (Doc. #16) ("Motion").  Said motion is hereby incorporated by this reference as though fully restated here.  For the same reasons as set forth therein, Defendant Mitchell respectfully requests that the Court grant the Motion and enter judgment against the Plaintiff and in his favor.

                                          Respectfully submitted,

                                          ***WALKER NOVACK LEGAL GROUP, LLC***

                                          /s/ Scott C. Walker_____
                                          Thomas J. Novack (0038570)
                                          Scott C. Walker (0063631)
                                          5013 Pine Creek Drive
                                          Westerville, Ohio 43081
                                          Telephone: (614) 423-8276
                                          Facsimile: (614) 767-0595
                                          tom@walkernovack.com
                                          scott@walkernovack.com

*Attorneys for Defendant Andrew K. Mitchell*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served upon all parties of record via the Court's ECF filing system this 9th day of September 2020.

/s/ Scott C. Walker_____
*Attorney for Defendant Andrew K. Mitchell*