# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | : | CASE NO.: 2:20-cv-00459 |
| | : | |
| Plaintiff, | : | JUDGE GRAHAM |
| | : | |
| vs. | : | MAGISTRATE JUDGE LITKOVITZ |
| | : | |
| ANDREW K. MITCHELL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO AMEND THE CALENDAR ORDER TO EXTEND THE DISCOVERY DEADLINE AND REQUEST FOR AN INFORMAL DISCOVERY CONFERENCE**

Now come Plaintiff, by and through counsel, David A. Goldstein Co., L.P.A., and respectfully requests this Court to amend the Calendar Order extending the May 12, 2021 Discovery Deadline and issue an Order granting Plaintiff's Request for an Informal Discovery Conference pursuant to Magistrate Judge Litkovitz's Standing Order Section (D)(2). The grounds in support of this Motion are set forth in the Memorandum in Support, attached hereto and incorporated herein.

Respectfully submitted,

*/s/ David A. Goldstein*
**DAVID A. GOLDSTEIN (0064461)**
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street
Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899 (Fax)
E-mail: dgoldstein@dgoldsteinlaw.com
*Trial Attorney for Plaintiff*

/s/ Sara M. Valentine
**SARA M. VALENTINE (0098685)**
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street
Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899 (Fax)
E-mail:  svalentine@dgoldsteinlaw.com
*Attorney for Plaintiff*

## MEMORANDUM IN SUPPORT

On May 12, 2020, all counsel completed the Rule 26(f) Report, where it was agreed that all Discovery was to be completed by May 12, 2021. *See* Docket. On July 21, 2020, Plaintiff propounded Plaintiff's First Set of Interrogatories to Defendant City of Columbus, Plaintiff's First Request for Production of Documents to Defendant City of Columbus, Plaintiff's First Set of Interrogatories to Defendant Andrew K. Mitchell, and Plaintiff's First Request for Production of Documents to Defendant Andrew K. Mitchell upon the Defendants.

As of today's date, Defendants' responses to Plaintiff's Discovery is outstanding. Plaintiff's counsel has requested Defendants' responses to Plaintiffs' Discovery as well as the deposition of Defendant Mitchell, however, counsel for Defendants have stated that they are awaiting Judge Graham's Decision on Defendants' Objections to the Magistrate's November 24, 2020 Report and Recommendation before responding to Plaintiff's Discovery or allowing Plaintiff's counsel to schedule Defendant Andrew K. Mitchell's Deposition.

For all of the foregoing reasons, Plaintiff respectfully requests this Honorable Court to amend the Calendar Order extending the May 12, 2021 Discovery Deadline and issue an Order granting Plaintiff's Request for an Informal Discovery Conference pursuant to Magistrate Judge Litkovitz's Standing Order Section (D)(2).

                Respectfully submitted,


                */s/ David A. Goldstein*
                **DAVID A. GOLDSTEIN (0064461)**
                DAVID A. GOLDSTEIN CO., L.P.A.
                511 South High Street
                Suite 200
                Columbus, Ohio 43215
                (614) 222-1889
                (614) 222-1899 (Fax)
                E-mail:  dgoldstein@dgoldsteinlaw.com
                *Trial Attorney for Plaintiff*


                */s/ Sara M. Valentine*
                **SARA M. VALENTINE (0098685)**
                DAVID A. GOLDSTEIN CO., L.P.A.
                511 South High Street
                Suite 200
                Columbus, Ohio 43215
                (614) 222-1889
                (614) 222-1899 (Fax)
                E-mail:  svalentine@dgoldsteinlaw.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been sent via Electronic Mail this 17th day of May 2021 to **Scott C. Walker, Esq.**, Attorney for Defendant Andrew K. Mitchell, at Walker Novack Legal Group, LLC, 5013 Pine Creek Drive, Westerville, Ohio 43081, tom@walkernovack.com, **Thomas J. Novack, Esq.**, Attorney for Defendant Andrew K. Mitchell, at Walker Novack Legal Group, LLC, 5013 Pine Creek Drive, Westerville, Ohio 43081, scott@walkernovack.com, **Janet R. Hill Arbogast, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, jrhillarbogast@columbus.gov, and, **Joseph M. Gibson, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, jmgibson@columbus.gov.

*/s/ David A. Goldstein*_____
**DAVID A. GOLDSTEIN (0064461)**