# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | : | CASE NO.: 2:20-cv-00459 |
|     Plaintiff, | : | JUDGE GRAHAM |
| vs. | : | MAGISTRATE JUDGE LITKOVITZ |
| ANDREW K. MITCHELL, *et al.*, | : | |
|     Defendants. | : | |

## ORDER TO AMEND THE CASE SCHEDULING ORDER

This matter came before the Court upon the agreement of the parties to Amend the Case Scheduling Order. Upon review, the Court finds the Motion is well-taken and hereby **GRANTS** same.

It is therefore, **ORDERED, ADJUDGED, AND DECREED** the Case Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-Off | March 16, 2022 |
| Dispositive Motions | April 18, 2022 |
| Plaintiff's Settlement Demand | June 21, 2022 |
| Defendants' Settlement Demand Response | July 21, 2022 |
| Settlement Conference Request | September 2022 |
| Final Pretrial | _____ |
| Trial | _____ |

IT IS SO ORDERED.


MAGISTRATE JUDGE LITKOVITZ

Submitted by:

Attorney for Plaintiff(s):

/s/ David A. Goldstein, per authority
Counsel for Plaintiff
Bar # 0064461

/s/ Sara M. Valentine
Counsel for Plaintiff
Bar #0098685

Attorney for Defendant(s):

/s/ Scott C. Walker, per authority
Counsel for Defendant Andrew K. Mitchell
Bar # 0063631

/s/ Janet R. Arbogast, per authority
Counsel for Defendant City of Columbus
Bar # 0061955

Date: 06/29/2021

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been sent via Electronic Mail this 29th day of June 2021 to **Scott C. Walker, Esq.**, Attorney for Defendant Andrew K. Mitchell, at Walker Novack Legal Group, LLC, 5013 Pine Creek Drive, Westerville, Ohio 43081, tom@walkernovack.com, **Thomas J. Novack, Esq.**, Attorney for Defendant Andrew K. Mitchell, at Walker Novack Legal Group, LLC, 5013 Pine Creek Drive, Westerville, Ohio 43081, scott@walkernovack.com, **Janet R. Hill Arbogast, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, jrhillarbogast@columbus.gov, and, **Joseph M. Gibson, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, jmgibson@columbus.gov.

*/s/ Sara M. Valentine*
Sara M. Valentine (0098685)