UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jane Doe,
    Plaintiff(s),

    v.

Andrew K. Mitchell, et al.,
    Defendant(s).

Case. No. 2:20-cv-459
(Graham, J. ; Litkovitz, M.J.)

_____
ORDER
_____

    The Honorable Karen L. Litkovitz hereby refers this matter for purposes of conducting a settlement conference to the docket of Magistrate Judge Terrence P. Kemp. The parties shall contact Magistrate Judge Kemp at kempterryp@gmail.com, or by phone (614) 202-3286 by no later than **November 12, 2021** and arrange a future date for the settlement conference to be held.

    IT IS SO ORDERED.

Date 10/29/2021

awh    October 29, 2021

Karen L. Litkovitz
United States Magistrate Judge