# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JANE DOE,  
    Plaintiff,

vs.

ANDREW K. MITCHELL, et al.,  
    Defendants.

Case No. 2:20-cv-459  
Graham, J.  
Litkovitz, M.J.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE DEFENDANT ANDREW K. MITCHELL**

This matter is before the Court on plaintiff's motion for leave to depose defendant Andrew K. Mitchell, who is currently incarcerated at the Butler County Jail. (Doc. 43). The motion is unopposed.

Under Federal Rule of Civil Procedure 30(a)(2)(B), the deposition of a deponent who is incarcerated must be taken with leave of court. Fed. R. Civ. P. 30(a)(2)(B). Leave must be granted to the extent consistent with Rule 26(b)(1) and (2).

For good cause shown, plaintiff is **GRANTED** such leave under the terms and conditions set by the institution at which defendant Mitchell is incarcerated and on the following conditions:

1. Defendant Mitchell be provided reasonable notice, at least ten (10) days in advance of the deposition, of the time and place for taking the deposition. Fed. R. Civ. P. 30(b)(1);

2. Plaintiff shall give notice of this Order to the Office of the Sheriff of the Butler County Jail and shall coordinate with such Office so that the taking of the deposition of defendant Mitchell shall be set and noticed for a time and place that will minimize disruptions to the orderly operations of the Butler County Jail.

    **IT IS SO ORDERED.**

Date: 12/9/2021

Karen L. Litkovitz  
United States Magistrate Judge