# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | : | CASE NO.: 2:20-cv-00459 |
| | : | |
| Plaintiff, | : | JUDGE GRAHAM |
| | : | |
| vs. | : | MAGISTRATE JUDGE LITKOVITZ |
| | : | |
| ANDREW K. MITCHELL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## AMENDED NOTICE OF VIDEOTAPE DEPOSITION

Please take notice that counsel for Plaintiff Jane Doe will take the in-person videotape Deposition of Defendant Andrew K. Mitchell on Thursday, January 27, 2022, at approximately 9:00 a.m., at the Joseph P. Kinneary United States Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215, in Judge Vascura's Courtroom on the First Floor, Courtroom 183.

This videotape Deposition shall be taken before a notary public authorized to administer an oath in the State of Ohio for the purposes of Discovery and use at Trial. This videotape Deposition shall continue from time to time and place to place until completed.

Furthermore, Defendant Andrew K. Mitchell is commanded to bring with him the following documents:

Defendant Andrew K. Mitchell's executed Verification Page of Defendant Andrew K. Mitchell's Response and Objections to Plaintiff Jane Doe's First Set of Interrogatories.

Respectfully submitted,

*/s/ David A. Goldstein*
**DAVID A. GOLDSTEIN (0064461)**
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street
Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899 (Fax)
E-mail: dgoldstein@dgoldsteinlaw.com
*Trial Attorney for Plaintiff*

*/s/ Sara M. Valentine*
**SARA M. VALENTINE (0098685)**
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street
Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899 (Fax)
E-mail: svalentine@dgoldsteinlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been sent via Electronic Mail this 20th day of January 2022 to **Scott C. Walker, Esq.**, Attorney for Defendant Andrew K. Mitchell, at Walker Novack Legal Group, LLC, 5013 Pine Creek Drive, Westerville, Ohio 43081, tom@walkernovack.com, **Thomas J. Novack, Esq.**, Attorney for Defendant Andrew K. Mitchell, at Walker Novack Legal Group, LLC, 5013 Pine Creek Drive, Westerville, Ohio 43081, scott@walkernovack.com, **Janet R. Hill Arbogast, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, jrhillarbogast@columbus.gov, and, **Joseph M. Gibson, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, jmgibson@columbus.gov.


                                            */s/ Sara M. Valentine*
                                            **SARA M. VALENTINE (0098685)**