# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW K. MITCHELL, et al.,<br><br>        Defendants. | Case No. 2:20-cv-459<br><br>Judge James L. Graham<br><br>Magistrate Judge Karen L. Litkovitz<br><br>**NOTICE OF APPEARANCE** |

Defendant City of Columbus gives notice to the Court, the Clerk, and Plaintiff that Assistant City Attorney Richard N. Coglianese (0066830) is appearing as co-counsel in this matter and will assist Assistant City Attorneys Janet R. Hill Arbogast (0061955) and Joseph M. Gibson (0084587). Assistant City Attorney Arbogast remains Defendant's lead counsel in this matter.

                                Respectfully Submitted,

                                s/ Richard N. Coglianese
                                Richard N. Coglianese (0066830)
                                Janet R. Hill Arbogast (0061955) – Lead
                                Joseph M. Gibson, Jr. (0084587)
                                Assistant City Attorneys
                                CITY OF COLUMBUS, DEPARTMENT OF LAW
                                ZACH KLEIN, CITY ATTORNEY
                                77 North Front Street, Columbus, Ohio 43215
                                (614) 645-7385 / (614) 645-6949 (fax)
                                rncoglianese@columbus.gov
                                jrhillarbogast@columbus.gov
                                jmgibson@columbus.gov

*Attorneys for Defendant*

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that, on January 21, 2022, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                 s/ Richard N. Coglianese
                Richard N. Coglianese (0066830)