**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jane Doe,

        Plaintiff(s),                    Case No. 2:20-cv-459
                                            (Graham, J.; Litkovitz, M.J.)

        v.

Andrew K. Mitchell, et al.,

        Defendant(s).

## AMENDED CALENDAR ORDER

      This matter came before this Court on March 14, 2022 for a telephone status conference. At the request of the parties, and with the consent of the Court, the calendar in this case is **hereby amended** as follows:

1.     Discovery deadline: May 16, 2022

2.     Dispositive motions deadline: June 21, 2022

3.     Final Pretrial Conference and Jury Trial dates will be set at a later date by Judge Graham pursuant to his case management schedule.*

Date  3/14/2022

                                                   Karen L. Litkovitz
                                                 United States Magistrate Judge

*The specific dates will be assigned by the District Court

awh      March 14, 2022