# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JANE DOE,** | : |
| | :   Case No. 2:20-cv-459 |
|     **Plaintiff,** | : |
| | :   **Judge Graham** |
| vs. | : |
| | :   **Magistrate Judge Litkovitz** |
| **ANDREW K. MITCHELL,** *et al.*, | : |
| | : |
|     **Defendants.** | : |

## NOTICE OF FILING OF DEPOSITION TRANSCRIPT AND EXHIBIT

Defendant City of Columbus hereby gives the Court and the Plaintiff notice that it has filed certified copies of the transcript of the deposition of Andrew K. Mitchell, taken January 27, 2022, along with the exhibits.

Respectfully submitted,

**CITY OF COLUMBUS, DEPARTMENT OF LAW**
**ZACH KLEIN**

/s/ Joseph M. Gibson, Jr.
Joseph M. Gibson, Jr. (0084587)
Richard N. Coglianese (0066830)
Janet R. Hill Arbogast (0061955) – Lead
Assistant City Attorneys
77 North Front Street, 4th Floor
Columbus, Ohio 43215
(614) 645-7385 Phone; (614) 645-6949 Fax
jmgibson@columbus.gov
rncoglianese@columbus.gov
jrhillarbogast@columbus.gov
*Counsel for Defendant City of Columbus*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 21, 2022, the foregoing *Notice of Filing Deposition Transcript and Exhibit* was served on counsel for Plaintiff via the Court's CM/ECF system.

/s/ Joseph M. Gibson, Jr.
Joseph M. Gibson, Jr. (0084587)
Assistant City Attorney
