# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | : | CASE NO.: 2:20-cv-00459 |
| Plaintiff, | : | JUDGE GRAHAM |
| vs. | : | MAGISTRATE JUDGE LITKOVITZ |
| ANDREW K. MITCHELL, *et al.*, | : | |
| Defendants. | : | |

### AGREED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CITY OF COLUMBUS
### (All Other Claims Remain Pending)

Now come Plaintiff, Jane Doe, Defendant, City of Columbus, and Defendant, Andrew K. Mitchell, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a) and by stipulation of all parties to this action, that the claims of Plaintiff against Defendant City of Columbus are dismissed with prejudice.

It is hereby ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff against Defendant City of Columbus are dismissed with prejudice. Plaintiff's claims against Defendant Andrew K. Mitchell remain pending.

IT IS SO ORDERED.

MAGISTRATE JUDGE LITKOVITZ

APPROVED BY:

/s/ *Joseph M. Gibson* (per authority)
Joseph M. Gibson (0084587)
Assistant City Attorney
77 North Front Street, 4th Floor
Columbus, Ohio 43215
(614) 645-7385
(614) 645-6949 (Fax)
E-mail: jmgibson@columbus.gov
*Attorney for Defendant City of Columbus*

*/s/ David A. Goldstein*
**DAVID A. GOLDSTEIN (0064461)**
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street
Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899 (Fax)
E-mail: dgoldstein@dgoldsteinlaw.com
*Trial Attorney for Plaintiff*

/s/ *Scott C. Walker* (per authority)
Scott C. Walker (0063631)
5013 Pine Creek Drive
Westerville, Ohio 43081
(614) 423-8276
(614) 767-0595 (Fax)
E-mail: scott@walkernovack.com
*Attorney for Defendant Andrew K. Mitchell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been sent via Electronic Mail this 16th day of August 2022 to **Scott C. Walker, Esq.**, Attorney for Defendant Andrew K. Mitchell, at Walker Novack Legal Group, LLC, 5013 Pine Creek Drive, Westerville, Ohio 43081, tom@walkernovack.com, **Thomas J. Novack, Esq.**, Attorney for Defendant Andrew K. Mitchell, at Walker Novack Legal Group, LLC, 5013 Pine Creek Drive, Westerville, Ohio 43081, scott@walkernovack.com, **Janet R. Hill Arbogast, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, jrhillarbogast@columbus.gov, **Richard N. Coglianese, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, rncoglianese@columbus.gov, and, **Joseph M. Gibson, Esq.**, Attorney for Defendant City of Columbus, at City of Columbus, Department of Law, 77 North Front Street, 4th Floor, Columbus, Ohio 43215, jmgibson@columbus.gov.

                                                 */s/ David A. Goldstein*_____
                                                 **DAVID A. GOLDSTEIN (0064461**)