# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | : | CASE NO.: 2:20-cv-00459 |
| Plaintiff, | : | JUDGE GRAHAM |
| vs. | : | MAGISTRATE JUDGE LITKOVITZ |
| ANDREW K. MITCHELL, *et al.*, | : | |
| Defendants. | : | |

## AGREED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANDREW MITCHELL

Now come Plaintiff, Jane Doe, Defendant, City of Columbus, and Defendant, Andrew K. Mitchell, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a) and by stipulation of all parties to this action, that the claims of Plaintiff against Defendant Andrew Mitchell are dismissed with prejudice.

It is hereby ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff against Defendant Andrew Mitchell are dismissed with prejudice.

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE LITKOVITZ

APPROVED BY:

*/s/ David A. Goldstein*
**DAVID A. GOLDSTEIN (0064461)**
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street
Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899 (Fax)
E-mail:  dgoldstein@dgoldsteinlaw.com
*Trial Attorney for Plaintiff*

/s/ *Scott C. Walker* (per authority)
**SCOTT C. WALKER (0063631)**
5013 Pine Creek Drive
Westerville, Ohio 43081
(614) 423-8276
(614) 767-0595 (Fax)
E-mail:  scott@walkernovack.com
*Attorney for Defendant Andrew K. Mitchell*